# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00184-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| KHEUNGKHAM VONGPHAKDY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Reconsideration (Doc. No. 55). Having reviewed the motion, the Court deems it necessary to hold an evidentiary hearing on May 2, 2022 at 10:00 am.

**IT IS THEREFORE ORDERED** that the United States be prepared to address its late disclosure of discovery and have present its witnesses to support the admission of the Defendant's interview, both audio and visual. Further, the Defendant is ordered to have his expert witness, George Miller, present to determine the admissibility of his testimony.

**SO ORDERED.**

Signed: April 29, 2022

Kenneth D. Bell
United States District Judge