IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00184-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| KHEUNGKHAM VONGPHAKDY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Revoke the Defendant's citizenship, (Doc. No. 76), and the Defendant's Motion to hold the Government's motion in abeyance pending his appeal. (Doc. No. 77). Having considered the parties' briefs, the Court finds, taking into consideration judicial economy and the most efficient use of the Court's resources, that a stay of the denaturalization proceedings is warranted. Therefore, the Court will grant the Defendant's motion and hold the Government's motion in abeyance pending the Defendant's appeal.

**SO ORDERED.**

Signed: October 3, 2022

Kenneth D. Bell
United States District Judge